IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PRESIDENTIAL FACILITY, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 14-mc-263 |
| CHRISTOPHER J. DEBBAS, et al | : | |

## ORDER

**AND NOW,** this 15th day of June 2015, following today's Status Conference with Plaintiff's counsel, and noting no docket activity since the matter reopened on April 7, 2015, it is **ORDERED** Plaintiff shall have until **Monday, June 29, 2015** to advise the Court in writing as to whether it will institute activity in this case; otherwise, the Clerk of Court will again close this case without prejudice.

Plaintiff shall serve a copy of this Order by Certified Mail upon each Defendant at their last known address on or before **June 19, 2015** and file proof of service with the Clerk of Court by **June 24, 2015.**

_____
KEARNEY, J.